MEGAN E. GRAY (SBN 181204)
GRAY MATTERS
2017 Kalorama Road NW, Suite 3
Washington, DC 20009
Telephone:  (202) 265-2738
Facsimile:   (202) 280-1225
Email:          mg@megangray.com

Attorneys for Plaintiff
M.M.P., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.P., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEYENDECKER LOS ANGELES, LLC a California corporation, JESSICA MOSS, an individual, LISA GUARJARDO, an individual, VARUN TEXTILES INC., a California corporation, BOP, LLC, a Wisconsin corporation, EMINENT, INC., a California corporation, DV RETAIL, INC., a New York corporation, THE NEIMAN MARCUS GROUP, INC., a Texas corporation, OTTE, INC., a New York corporation, RON HERMAN, INC., a California corporation, SAKS DIRECT INC., a New York corporation, THE TJX COMPANIES, INC., a Massachusetts corporation, and GILT GROUP INC., a New York corporation.<br><br>Defendants. | Case No.: CV-10-9340 JAK (PLA)<br><br>**CONSENT JUDGMENT as to Defendants Leyendecker, Moss, and Guarjardo   (JS-6 Only)** |

Plaintiff M.M.P., Inc. ("Plaintiff") and Defendants Leyendecker Los Angeles, LLC, Jessica Moss, and Lisa Guarjardo ("Defendants") hereby stipulate to the entry of Judgment as set forth below, there having been no adjudication of the issues, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 501, and 28 U.S.C. §§ 1331, 1332, 1338 and 1367. This Consent Judgment binds defendant(s), their servants, employees, subsidiaries, and successors-in-interest. Likewise, Plaintiff's interest in this Consent Judgment may be assigned, permitting any successor-in-interest to enforce these provisions.

2. Plaintiff is the owner of the following copyrighted designs: MMP's design number SAP0800064, which has copyright registration number VA-1-694-742, and design number AM085, which has copyright registration number VA-1-683-873S, as attached as exhibits to the Complaint (collectively referred to as the "Copyrighted Designs").

3. As of the date of this Order, Defendants, and each of its officers, directors, shareholders, successors and assigns, agents, employees, and all persons in active concert or participation with any of them, be permanently enjoined and restrained from, directly or indirectly, infringing the above-described Copyrighted Designs of MMP in any manner, including generally, but not limited to reproducing, adapting, and/or displaying the Copyrighted Designs by manufacturing, distributing, advertising, selling, and/or offering for sale any merchandise that infringes said Copyrighted Designs, and specifically:

   (i) Manufacturing, distributing, selling, and/or offering for sale said products or any other unauthorized products that picture, reproduce, adapt or

1  display any design that bears a substantial similarity to MMP's Copyrighted Designs;
2  or
3      (ii) Manufacturing, distributing, selling, or offering for sale or in
4  connection thereto any unauthorized promotional materials, labels, packaging, or
5  containers that picture, reproduce, adapt, or display any design that bears a substantial
6  similarity to MMP's Copyrighted Designs;
7    4. Defendants are required to effect the recall, removal, and return from
8  commercial distribution and/or public display of:
9      (a) Any merchandise that pictures, reproduces, copies, adapts, or
10 displays designs that bear a substantial similarity to MMP's Copyrighted Designs;
11     (b) Any promotional and advertising material labels, packages,
12 wrappers, containers, and any other unauthorized items that reproduces, copies,
13 adapts, or displays designs that bear a substantial similarity to MMP's Copyrighted
14 Designs;
15     (c) Any molds, screens, patterns, plates, or negatives used specifically
16 for making or manufacturing products with designs that picture, reproduce, copy, or
17 bear a substantial similarity to MMP's Copyrighted Designs; and
18   5. Each party shall bear its own attorneys' fees and costs, except as provided
19 in the parties' Settlement Agreement.
20   6. This Court shall retain jurisdiction to resolve any dispute among the
21 parties hereto, including any dispute relating to the parties' Settlement Agreement or
22 this Final Judgment By Consent.
23   7. The Court expressly determines that there is no just reason for delay and
24 therefore the Court expressly directs that judgment be entered as to these Defendants.
25   **IT IS SO ORDERED.**
26
27 DATED: September 23, 2011     _____
28     U.S. District Judge Kronstadt

**IT IS HEREBY STIPULATED** between Plaintiff MMP and Defendants Leyendecker Los Angeles, LLC, Jessica Moss, and Lisa Guarjardo that Judgment shall be entered as set forth above.

DATED: GRAY MATTERS

_____
Megan E. Gray
Attorney for Plaintiff
MMP, Inc.

DATED: LAW OFFICE OF DAVID ERIKSON

_____
David Erikson
Attorneys for Defendants
Leyendecker Los Angeles, LLC, Jessica Moss, and Lisa Guarjardo

**CONSENT IS HEREBY GIVEN** to the entry of Judgment as set forth above.

Dated: M.M.P., INC.
By: _____
Gilit Roshan

Dated: LEYENDECKER LOS ANGELES, LLC

By: _____
Jessica Moss, President

Dated: JESSICA MOSS (an individual)

By: _____
Jessica Moss

Dated: LISA GUARJARDO (an individual)
By: _____
Lisa Guarjardo